1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD WILLIAM TARNAWA,

11                   Petitioner,                    No. 2:11-CV-02910 DAD P

12          vs.

13   MICHAEL BABCOCK,

14                   Respondent.             ORDER
                                        /
15

16          Petitioner, a federal prisoner proceeding pro, sought relief pursuant to 28 U.S.C. §

17   2241.  The undersigned determined that the court lacked jurisdiction and on February 7, 2013,

18   judgment was entered dismissing this action.  On March 29, 2013, petitioner filed a notice of

19   appeal.  On April 22, 2013, the undersigned declined to issue a certificate of appealability.

20          Now pending before the court is petitioner's May 6, 2013 motion for leave to

21   proceed in forma pauperis on appeal.  (Doc. No. 12.)  Therein, petitioner represents that he "has

22   previously been allowed to proceed without payment in this court and his financial circumstances

23   have not changed . . . ."  (Id.)  Petitioner also represents that he is currently "locked down and

24   unable to get a trust account statement."  (Id.)  However, this court's records reveal that

25   petitioner was not previously granted leave to proceed in forma pauperis in this action.

26   /////

1

1    Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a

2 district court action who did not proceed in forma pauperis in the district court but desires to

3 proceed in forma pauperis on appeal must file a motion in the district court which:

4    (A) shows in the detail prescribed by Form 4 of the Appendix of
     Forms the party's inability to pay or to give security for fees and
5    costs;

6    (B) claims an entitlement to redress; and

7    (C) states the issues that the party intends to present on appeal.

8 Fed. R. App. P. 24(a)(1).  In addition, Form 4 of the Appendix of Forms requires a prisoner to

9 attach a certified prison trust account statement showing all receipts, expenditures and balances

10 during the last six months.

11    Petitioner has not attached to his motion an affidavit demonstrating his inability to

12 pay or to give security for fees and costs.  He has also admittedly failed to attach to his motion a

13 certified copy of his prison trust account statement for the past six months.  Because petitioner

14 has not complied with all of the requirements of Fed. R. App. P. 24(a), his request to proceed in

15 forma pauperis on appeal will be denied at this time without prejudice.

16    Accordingly, IT IS HEREBY ORDERED that petitioner's May 6, 2013 motion to

17 proceed in forma pauperis on appeal (Doc. No. 12) is denied without prejudice.  See Fed. R. App.

18 P. 24(a).

19 DATED: May 15, 2013.

20

21                                                    _____

22                                                    DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

23 DAD:4
   tarn2910.ifpapp

24

25

26

2